FILED
NOV 17 2008
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROLANDO VALADEZ-BERMUDEZ,

Defendant.

__________________________________/

2:08-CR-0445 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROLANDO VALADEZ-BERMUDEZ, Case No. CR.S-08-0445 FCD, Charge 8 U.S.C. §§ 1326(A) and (b)(1) - Deported Alien Found in the United States, from custody subject to the conditions listed below:

X Release on Personal Recognizance

___ Bail Posted in the Sum of $ [ ]

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other) [Defendant sentenced to TIME SERVED in open court on November 17, 2008. Defendant shall comply with all conditions of supervision as noted in court and which shall be listed in the written Judgment to issue].

Issued at Sacramento, California on November 17, 2008, at 10:55 a.m.

Dated: November 17, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE