IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                             CR. NO. S-08-0445 FCD

ROLANDO VALADEZ-BERMUDEZ,

    Defendant.
_____/
UNITED STATES OF AMERICA,

                                 CR. NO. S-10-0403 EJG

    Plaintiff,

    v.

                                 <u>RELATED CASE ORDER</u>

ROLANDO VALADEZ-BERMUDEZ,

    Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123 because they arise out of the same transaction or series of transactions and involve the same defendant.  Specifically, the basis of the petition for violation of supervised release filed in Cr. No. 08-0445 FCD is the conduct underlying the indictment in Cr. No. 10-0403 EJG.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

1

savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely results in both actions being assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.  However, because the conduct underlying the Indictment in the later-filed case is also conduct underlying the petition for violation of the terms of supervised release in the earlier filed action, and pursuant to Local Rule 83-123(f), IT IS HEREBY ORDERED that the action denominated Cr. No. S-08-0445 FCD is, reassigned to Judge Edward J. Garcia for all further proceedings.  Henceforth, the caption on all documents filed in the reassigned case shall be shown as <u>United States v. Valadez-Bermudez</u>, Cr. No. S-08-0445 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

A status conference will be held in both cases at 10:00 a.m., October 8, 2010, before Judge Garcia in Courtroom No. 8 of the above-entitled court.

IT IS SO ORDERED.

October <u>1</u>, 2010             /s/ Edward J. Garcia
                                 EDWARD J. GARCIA, JUDGE
                                 UNITED STATES DISTRICT COURT

2