**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**

*Daniel J. Broderick*        (916) 498-5700  Fax: (916) 498-5710        *Linda C. Harter*
*Federal Defender*                                                                               *Chief Assistant Defender*

# M E M O R A N D U M & ORDER THEREON

DATE:       November 17, 2010

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    United States v. Rolando Valdez-Bermidez
            Cr.S. 08-445 EJG

---

      This Memorandum is to confirm counsel's request to continue Initial Appearance re Violation of Supervised Release presently scheduled for Friday, November 19, 2010, to **Friday, January 7, 2011, at 10:00 a.m.**

      All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: November 17 , 2010


                                                    /s/ Edward J. Garcia
                                                    EDWARD J. GARCIA
                                                    United States District Judge


cc:     client