**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:     January 25, 2011

TO:       Colleen Lydon, Courtroom Clerk to the
          Honorable Edward J. Garcia

FROM:     Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:  United States v. Rolando Valdez-Bermidez
          Cr.S. 08-445 EJG

---

This Memorandum is to confirm counsel's request to continue the Initial Appearance re revocation of supervised release presently scheduled for Friday, January 28, 2011, be continued to **Friday, February 11, 2011, at 10:00 a.m.**

All parties, **including the courtroom clerk,** have been notified and are in agreement to this continuance.

**IT IS SO ORDERED**.

Dated: January 26, 2011

                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge

cc:    client